DANIEL A. BACON 065099
ATTORNEY AT LAW
5200 NORTH PALM AVENUE, SUITE 408
FRESNO, CALIFORNIA 93704-2225
TELEPHONE: (559) 241-7000

ATTORNEY FOR JANAMJOT SINGH SODHI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11-cr-00332 LJO |
| Plaintiff, ) ) | STIPULATION AND ORDER |
| vs. ) | |
| JANAMJOT SINGH SODHI, ) | |
| Defendant. ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, namely the United States of America, through its attorney, Assistant U.S. Attorney Kirk E. Sherriff, and Defendant Janamjot Singh Sodhi, through his attorney Daniel A. Bacon, and approved by U.S. Pretrial Services officer Jacob M. Scott, that the defendant's terms of pretrial release may be amended as follows: that Mr. Sodhi may leave the Eastern District of California and travel to Washington, D.C. for the purpose of attending the wedding celebration of his first cousin on November 21, 2012, returning on November 26, 2012.

All of the defendant's other pretrial release conditions, including electronic monitoring, shall remain in effect.

Dated: November 16, 2012                BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY

                                        By:/s/ Kirk E. Sherriff
                                        KIRK E. SHERRIFF
                                        Assistant U.S. Attorney

Dated: November 16, 2012.

Stipulation and Order

1
2       /s/ Daniel A. Bacon
3       DANIEL A. BACON, Attorney for
        JANAMJOT SINGH SODHI , Defendant
4
        ORDER
5
6
7       IT IS SO ORDERED.

        **Dated:**   **November 16, 2012**             /s/ **Barbara A. McAuliffe**
8
                                        UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                                                        2