DANIEL A. BACON 065099
Attorney at Law
5200 North Palm Avenue, Suite 408
Fresno, California 93704-2225
Telephone: (559) 241-7000

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-00332-01 LJO |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO CONTINUE<br>) SENTENCING; AND ORDER THEREON |
| JANAMJOT SINGH SODHI, | ) DATE: June 10, 2013<br>) TIME : 8:30 a.m. |
| Defendant. | ) DEPT: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between defendant Janamjot Singh Sodhi, and through his attorney of record, Daniel A. Bacon, and plaintiff United States of America, and through its attorney of record, Benjamin B. Wagner, United States Attorney and Kirk E. Sherriff, Assistant United States Attorney, as follows:

1.   By previous court order this matter is set for April 29, 2013 at 8:30 a.m;

2.   By this stipulation the parties will move to continue sentencing to June 10, 2013 at 8:30 a.m;

3.   That as the defendant is housed at the Lerdo facility in Kern County his counsel has been unable to review the draft "Advisory Guideline Presentence Investigation Report" with the defendant and for this reason a continuance is being requested; and

///

Stipulation to Continue Sentencing; and Order Thereon

4. That the parties agree that no prejudice will inure to either party by the continuance and agree that the matter may be continued to June 10, 2013 at 8:30 a.m.

DATED:_____    /s/Daniel A. Bacon
                        DANIEL A. BACON
                        Attorney for Defendant


DATED:_____    BENJAMIN B. WAGNER
                        United States Attorney


                        By:/s/Kirk E. Sherriff
                        KIRK E. SHERRIFF
                        Assistant U.S. Attorney
                        Attorneys for Plaintiff

# O R D E R

DEFENSE COUNSEL MUST MAKE EVERY EFFORT TO MEET AND CONFER WITH HIS CLIENT SOONER.  JAIL SPACE IS AT A PREMIUM.  OTHERWISE, REQUEST GRANTED.

Stipulation to Continue Sentencing; and Order ThereonIT IS SO ORDERED.

**Dated:   April 10, 2013**              /s/  Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

2