# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00332-LJO-1 |
| Plaintiff-Respondent, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| JANAMJOT SINGH SODHI, | |
| Defendant-Petitioner. | (ECF NO. 47) |

On July 8, 2019, Janamjot Singh Sodhi ("Petitioner"), a federal prisoner proceeding *pro se*, filed a motion to vacate, set aside, or correct a sentence ("Motion") under Title 28, United States Code, Section 2255, raising a Sixth Amendment claim of ineffective assistance of trial counsel and requesting that the doctrine of equitable tolling be applied to his petition. *See* ECF No. 47. Upon preliminary review of the Motion, the Court believes its decision making would be aided by the filing of a response by the United States. Accordingly,

**IT IS HEREBY ORDERED** that the Government shall file a response to Petitioner's Motion within **60 days**; and

**IT IS FURTHER ORDERED** that Petitioner shall have **60 days** to file his reply, from the date of the Government's filing.

IT IS SO ORDERED.

Dated:     **July 16, 2019**                              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES CHIEF DISTRICT JUDGE