# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00332-LJO-1 |
| Plaintiff-Respondent, | |
| | ORDER RE: WAIVER OF ATTORNEY-CLIENT PRIVILEGE |
| v. | |
| JANAMJOT SINGH SODHI, | |
| Defendant-Petitioner. | (ECF NO. 49) |

Good cause appearing, IN THE ALTERNATIVE, the United States' motion for a finding that Defendant-Petitioner ("Defendant") Janamjot Singh Sodhi, through his motion filed pursuant to 28 U.S.C. § 2255 ("Defendant's Motion"), ECF No. 47, has waived attorney-client privilege and the work product privilege, and to compel submission by his former attorney, Daniel A. Bacon, of a sworn affidavit or declaration regarding Defendant's claim, is **GRANTED**, as follows:

(1) The attorney-client privilege of Defendant is waived with respect to all communications between Defendant and his former attorney, Daniel A. Bacon, including Attorney Bacon's staff and agents, concerning events and facts related to Defendant's claim of ineffective assistance of counsel in Defendant's Motion in *United States v. Janamjot Singh Sodhi*, No. 1:11-CR-00332-LJO-1.

(2) The work product privilege is waived with respect to the work product of Attorney Bacon and his staff and agents, concerning events and facts related to Defendant's claim of ineffective assistance of counsel in Defendant's Motion.

1

(3) Attorney Bacon and his staff and agents shall provide the government with a declaration addressing attorney-client communications and work product concerning events and facts related to the ineffective assistance of counsel claim presented in Defendant's Motion, and shall communicate and coordinate with government counsel to ensure that all issues are adequately addressed in the declaration. Such declaration shall be provided within **30 days** of the date this order is issued.

(4) The government shall not use or disclose the privileged material it obtains in this habeas action for any purpose or to any party or in any proceeding beyond this action.

ALTERNATIVELY, the Court **ORDERS** that if the finding of waiver changes Defendant's decision to proceed with his Motion, he must notify this Court within **ten (10)** court days of the date of this Order by withdrawing his allegation concerning ineffective assistance of counsel in his Motion. Failure to do so confirms the alternative portion of this Order finding waiver.

IT IS SO ORDERED.

Dated: **August 2, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE