PHILLIP A. TALBERT
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JANAMJOT SINGH SODHI, <br><br> Defendant. | Case No. 1:11-cr-0332 JLT <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER <br><br> Old Date: March 11, 2022 <br> New Date: April 1, 2022 <br> Time: 9:00 a.m. <br> Courtroom: via Zoom <br>   (Hon. Jennifer L. Thurston) |

    The United States of America, by and through Kirk Sherriff, Assistant United States Attorney, and defendant Janamjot Singh Sodhi, by and through Meredith Fahn, his attorney of record, jointly stipulate to continue to April 1, 2022, the status conference concerning Mr. Sodhi's pending motion [Doc. 47]. The court has construed Mr. Sodhi's motion as a petition for writ of error coram nobis.

    Since the initial status conference on February 11, the parties have accomplished several of the steps identified in the parties' Joint Status Report filed on February 9, 2022. Counsel for the

1 parties have received and begun reviewing the files of Mr. Sodhi's
2 former attorney, Dan Bacon, concerning this matter.  The parties have
3 also obtained a copy of the transcript of the sentencing hearing held
4 on June 10, 2013.  However, the parties require additional time to
5 complete their review of the records in this case.  The parties then
6 intend to further meet and confer concerning the proposed evidentiary
7 hearing.
8     Accordingly, the parties stipulate to continue the status
9 conference in this case from March 11, 2022, to April 1, 2022.  The
10 parties anticipate that at the continued status conference on April 1
11 they will be prepared to set an evidentiary hearing in this matter.

                                          Respectfully submitted,

Dated:  March 8, 2022                PHILLIP A. TALBERT
                                        United States Attorney

                                          /s/ Kirk E. Sherriff
                                          KIRK E. SHERRIFF
                                          Assistant U.S. Attorney


Dated:  March 8, 2022                /s/ Meredith Fahn
                                          (authorized on 3/8/22)
                                          MEREDITH FAHN
                                          Counsel for Defendant
                                          Janamjot Singh Sodhi

**ORDER**

IT IS ORDERED that the status conference in this case is continued from March 11, 2022 to April 1, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**March 8, 2022**__                              *Jennifer L. Thurston*
                                                                                    UNITED STATES DISTRICT JUDGE