PHILLIP A. TALBERT
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:11-cr-0332 JLT |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) STATUS CONFERENCE; |
| v. | ) ORDER |
| | ) |
| | ) Old Date: April 1, 2022 |
| JANAMJOT SINGH SODHI, | ) |
| | ) New Date: June 3, 2022 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Courtroom:  via Zoom |
| | )   (Hon. Jennifer L. Thurston) |

The United States of America, by and through Kirk Sherriff, Assistant United States Attorney, and defendant Janamjot Singh Sodhi, by and through Meredith Fahn, his attorney of record, have conferred regarding this matter and jointly stipulate to continue the status conference from April 1 to June 3, 2022, or to June 10 or June 17 if the Court is not available on June 3.

 Defendant's counsel indicates she has a personal conflict with the April 1 status conference due to the death of her stepfather last week, and with her mother recovering from a broken hip and collarbone after falling earlier this month.  She also notes she must spend time

Stipulation to Continue;
[Proposed] Order                 1

1 with her mother in Florida in the days ahead, particularly during and
2 surrounding the funeral that is scheduled March 31.
3     The parties have also preliminarily discussed that defendant
4 anticipates presenting testimony of two experts at the evidentiary
5 hearing.  Defendant indicates that, to secure funding for those
6 experts, defendant has initiated the Case Budgeting process with the
7 assigned Circuit Case Budgeting Attorney. Defendant's position is
8 that he needs to know where he stands in that regard before he can
9 proceed further with this case.  Defendant anticipates it will take
10 four weeks to get word on what expert funds are authorized.
11     The government does not agree that expert testimony is necessary
12 or relevant to resolve the issues identified in the Court's
13 January 6, 2022, Order, and which the Order set an evidentiary
14 hearing to resolve.  The government reserves the right to seek to
15 exclude any such expert testimony.  The defense's position is that
16 expert testimony is warranted to assist in resolving the issues
17 identified in the Order.
18     The parties intend to continue to confer concerning this matter
19 in the period before the continued status conference.  Prior to that
20 date, counsel expect to hone their points of agreement and
21 disagreement, which they will set forth in a Joint Status Conference
22 Statement preceding the continued status conference.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Accordingly, the parties jointly stipulate to continue the status conference in this matter to June 3, 2022, or to June 10 or June 17 if the Court is not available on June 3.

Respectfully submitted,

Dated:  March 29, 2022                PHILLIP A. TALBERT
                                      United States Attorney

                                      /s/ Kirk E. Sherriff
                                      KIRK E. SHERRIFF
                                      Assistant U.S. Attorney


Dated:  March 29, 2022                /s/ Meredith Fahn
                                      (approved on 3/29/22)
                                      MEREDITH FAHN
                                      Counsel for Defendant
                                      Janamjot Singh Sodhi

**ORDER**

IT IS ORDERED that the status conference in this case is continued from April 1, 2022 to June 3, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**March 30, 2022**__                    /s/ Jennifer L. Thurston
                                          UNITED STATES DISTRICT JUDGE